**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7478**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

HAROLD POLLARD, a/k/a Squirrel,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CR-95-312, CA-02-3059-S)

———————

Submitted: December 19, 2002      Decided: January 6, 2003

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Harold Pollard, Appellant Pro Se. Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Harold Pollard seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Pollard has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>See</u> <u>United States v. Pollard</u>, Nos. CR-95-312; CA-02-3059-S (D. Md. filed Sept. 16, 2002 & entered Sept. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2